IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
BRIAN G. SMITH, ) Case No. 19-40964
        Debtor. ) Chapter 7
_____ )

### NOTICE OF INTENDED SETTLEMENT WITH DATE TO FILE OBJECTION MARCH 18 , 2024 AND HEARING ON ANY OBJECTION MARCH 27, 2024

1. Notice is hereby given of the intended settlement of Claim # 11 filed by the Kansas Department of Revenue ("KDR") <u>and</u> a supplement of the settlement, previously approved, of Adversary Proceeding No. 22-07002.

2. By Order of November 20, 2023 (Main Case Doc. #208), the Court approved a settlement of Adversary Proceeding No. 22007002. Under this settlement, the debtor, his wife (Amy Smith), their respective Trusts, and/or BAS Enterprises, LLC ("BAS"), an entity owned of record by Amy Smith, were to pay the Trustee $400,000.00 upon entry of the order approving the settlement, and an additional $890,000.00 on or before March 31, 2024. The $400,000.00 has been paid.

3. To obtain the additional $890,000.00, the Smiths intend to borrow, with property in Saline County, Kansas (at least) as collateral. KDR has filed tax liens in Saline County with regard to pre-petition tax obligations of the debtor.

4. Such obligations are duplicated in part by Claim # 11 filed by KDR in the bankruptcy case. Claim # 11 is in the amount of $125,537.72, of which $104,074.42 is asserted to be priority.

5. The debtor and KDR have reached an agreement under which the debtor will pay KDR $47,500.00 in complete settlement of the tax liens (warrants) on file in Saline County. The

debtor and the other Smith entities will then be able to complete the borrowing which will allow them to pay the balance due under the settlement of the Adversary Proceeding.  In addition, KDR has agreed that upon receipt of this $47,500.00, it will withdraw, or amend to $0, Claim # 11 and assert no other claim in the bankruptcy estate.

6. In exchange, the Trustee has agreed to reduce the balance under the Adversary Proceeding settlement ($890,000.00) by such $47,500.00.  This effectively resolves the priority claim for the $47,500.00 amount, as otherwise the $104,074.42 asserted as priority would be paid before any distribution could be made to other (unsecured) creditors.

7. Although the priority claim might be subject to at least partial objection, the success of such objection(s) is not clear or assured.  Further, any litigation under such objection would result in yet further delay in the closing of the case and ultimate distribution to creditors.  Based on this, the Trustee believes this settlement is in the best interest of the estate.

8. Objections to the intended settlement should be made in writing to the Clerk of the United States Bankruptcy Court, 444 SE Quincy St., Room 240, Topeka, KS 66683, on or before March 18, 2024.  Copies of any objections must be served upon the attorney for trustee (see below).  If no objections are filed to the Settlement by the Deadline, the Court may enter an order authorizing the same without further notice.  A hearing will not be held unless objections are timely filed.  If objections are timely filed, a hearing will be held before the United States Bankruptcy Court, 444 SE Quincy St., Courtroom 220, Topeka, Kansas March 27, 2024 at 10:30 am.

    KLENDA AUSTERMAN LLC

    s/J. Michael Morris
    J. Michael Morris #09292
    301 N. Main, Suite 1600
    Wichita, KS 67202

(316) 267-0331  
jmmorris@klendalaw.com  
Attorney for Darcy D. Williamson, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024 I electronically submitted the above and foregoing Notice of Intended Settlement to the Clerk of the U.S. Bankruptcy Court by using the CM/ECF system and a copy of the same was provided by U.S. Mail to:

Sharon L. Stolte, KS #14302  
Larry A. Pittman, II KS #78034  
SANDBERG PHOENIX & von GONTARD P.C.  
4600 Madison Avenue, Suite 1000  
Kansas City MO 64112

and

Wes F. Smith  
PO Box 189  
900 Massachusetts Ste 500  
Lawrence KS 66044  
*Attorneys for Debtor*

W. Rick Griffin  
Samantha M. H. Woods  
Martin Pringle Oliver Wallace & Bauer  
645 E Douglas Ste 100  
Wichita KS 67202  
*Attorneys for B&N Investments, LLC,*  
*BAS Enterprises, LLC,*  
*Moon River Properties, LLC*  
*The Amy J. Smith Trust,*  
*Amy J. Smith,*

David T. Prelle Eron  
Prelle Eron & Bailey PA  
301 N Main St Ste 2000  
Wichita KS 67202  
*Attorney for Flywheel Fairlawn, LLC*

David Leroy Pinkston  
Snow Christensen & Martineau  
10 Exchange Place Ste 11  
Salt Lake City UT 84145  
*Attorney for Flywheel Fairlawn, LLC*

Jordan M. Sickman
DOJ-UST
301 N Main Ste 1150
Wichita KS 67202
*Attorney for U.S. Trustee*

Creditors Filing Claims:

Ramada Worldwide Inc.
c/o Daniel M. Eliades, Esq.
K&L Gates LLP
One Newark Center 10th Floor
Newark NY 07102

Flywheel Fairlawn, LLC
2828 Speer Blvd Ste 220
Denver CO 80211

BANK VI, Division of the Plains State Bank
c/o Karl R. Swartz
300 N Mead Ste 200
Wichita KS 67202

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Navient Solutions, LLC
220 Lasley Ave
Wilkes-Barre PA 18706

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-2005

Verizon
by American INfoSource as agent
4515 N Santa Fe Ave
 Oklahoma City OK 73118

Direct Capital Corporation
c/o Kenneth D. Peters
Dressler Peters, LLC
70 W Hubbard St Ste 200
Chicago IL 60654

The Bank of Tescott
c/o Klint Spiller
119 W Iron Ave 7th Floor
Salina KS 67402

Wells Fargo Bank, N.A.
Small business Lending Division
PO Box 29482 MAC S4101-08C
Phoenix AZ 85038-8650

                                                    s/J. Michael Morris
                                                    J. Michael Morris #09292