**SO ORDERED.**

**SIGNED this 20th day of March, 2024.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
Brian G. Smith, ) Case No. 19-40964
               Debtor. ) Chapter 7
)

### ORDER APPROVING SETTLEMENT

The above matter is before the Court. The Court FINDS:

1. On March 8, 2024, the Trustee gave Notice (Doc. # 212) of The Intended Settlement of Claim # 11 filed by the Kansas Department of Revenue ("KDR") <u>and</u> a Supplement to the Settlement, previously approved, of Adversary Proceeding No. 22-07002.

2. No objections were filed by the shortened notice deadline (see Doc. # 211).

3. The Court approves the additional and supplemental settlement.

4. The debtor will pay KDR $47,500.00 in settlement of the tax liens filed in Saline County as described in the Notice. KDR will withdraw, or amend to $0, Claim # 11 filed in the bankruptcy case, and assert no other claim in the bankruptcy case.

5. In exchange, the balance due for the debtor, his wife, and/or their related entities

29Z0503

Case 19-40964    Doc# 215    Filed 03/20/24    Page 1 of 2

In re: Brian G. Smith
In the United States Bankruptcy Court for the District of Kansas, Case no. 19-40964, Chapter 7
Order Approving Settlement
Page 2

under the previously approved settlement ($890,000.00) will be reduced by such $47,500.00. The previously approved settlement of the Adversary Proceeding is not otherwise affected.

# # #

SUBMITTED BY:

KLENDA AUSTERMAN LLC

s/J. Michael Morris
J. Michael Morris #09292
301 N. Main, Suite 1600
Wichita, KS 67202
(316) 267-0331
jmmorris@klendalaw.com
Attorney for Darcy D. Williamson, Trustee